TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00709-CV

and

NO. 03-97-00003-CV

Texas Exotic Feline Foundation, Inc. and Gene Reitnauer, Appellants
 

v.

Dan Morales, Attorney General of the State of Texas; The State of Texas; and Texas Exotic
Feline Foundation, Inc., in Receivership, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT

NO. 96-14173, HONORABLE JOSEPH H. HART, JUDGE PRESIDING 

PER CURIAM

 This Court has pending before it two appeals: one from a temporary restraining order and
one from an order imposing a temporary injunction and appointing a receiver. There have been various
proceedings in this court ancillary to the interlocutory appeal. By its response of October 13, 1997,
appellees have informed us that the trial on the merits has been held. Accordingly, these interlocutory
appeals are moot. We dismiss any pending motions in either cause and dismiss each appeal.

Before Chief Justice Carroll, Justices Jones and Kidd

Appeals Dismissed as Moot

Filed: October 30, 1997

Do Not Publish